IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILOS KLVANA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>C.D.C.R.,<br><br>　　　　Respondent. | No. C 13-4643 JSW (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Docket No. 3) |

　　　　Petitioner is a state prisoner currently incarcerated at the California Health Care Facility in Stockton, California, which lies within the venue of the United States District Court for the Eastern District of California. He has filed a habeas petition challenging various disciplinary convictions in prison, which he contends prevent him from being found eligible for parole.

　　　　A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* However, if the petition is directed to the manner in which a sentence is being

executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner's claims are not directed to his conviction,[1] but rather to the execution of sentence in that they involve disciplinary measures that allegedly are preventing him from being found eligible for parole.[2] Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. In light of the transfer, this Court will not resolve Petitioner's pending motion for leave to proceed in forma pauperis (dkt. 3).

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: November 8, 2013

JEFFREY S. WHITE
United States District Judge

---

[1] His conviction was obtained in Los Angeles County.

[2] There is a question of whether his claims should be brought under 42 U.S.C. § 1983. If so, the district of confinement – the Eastern District – is the proper venue for such claims.

2

|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | FOR THE |
|   | NORTHERN DISTRICT OF CALIFORNIA |

KLVANA,

        Plaintiff,

  v.

CDCR,

        Defendant.

                                   /

Case Number: CV13-04925 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Milos Klvana
E47395
7707 Austin Rd.
Stockton, CA 91521

Dated: November 8, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk